IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 02-cv-01632-MSK-OES

WILLIAM MOWER,

      Plaintiff,

v.

CENTURY I CHEVROLET, INC., a Colorado corporation,
FOWLER HOLDING COMPANY, INC., a foreign corporation, d/b/a Fowler Auto Group, and
MICHAEL S. FOWLER, individually,

      Defendants.

_____

### ORDER SETTING SUPPLEMENTAL TRIAL PREPARATION CONFERENCE
_____

      **THIS MATTER** comes before the Court *sua sponte*.

      In anticipation of the trial, currently set for October 3, 2005, the Court will conduct a supplemental Trial Preparation Conference on **September 28, 2005** at **8:00 a.m.**  Lead counsel who will try the case and all parties (or, in the case of corporate parties, a representative will full authority to enter into binding settlement on the corporation's behalf) shall attend.  The parties shall be prepared to tender current witness and exhibit lists in the form described in the Court's Trial Preparation Order previously issued in this case.

      Dated this 4th day of August, 2005

                                          **BY THE COURT:**

                                          _____
                                          Marcia S. Krieger
                                          United States District Judge