IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01632-MSK-OES

WILLIAM MOWER,

Plaintiff(s),

vs.

CENTURY 1 CHEVROLET, INC., a Colorado corporation,
FOWLER HOLDING COMPANY, INC., a foreign corporation d/b/a Fowler Auto Group, and
MICHAEL S. FOWLER, individually,

Defendant(s).

## ORDER DENYING PLAINTIFF'S
## FORTHWITH MOTION TO COMPEL

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: September 8, 2005

    Trial in this matter is scheduled for October 3, 2005. Plaintiff has filed on August 9, 2005, a motion that asks me to compel defendant to produce certain documents, and asks for certain follow-up discovery.

    For the reasons stated in Defendants' Response to plaintiff's motion, I find that the motion is not timely. Additionally, I note that defendants deny that they possess the discovery materials that plaintiff seeks, and I note as well that insufficient time remains before trial to allow any follow-up discovery.

## CONCLUSION

It is therefore ORDERED that plaintiff's Forthwith Motion to Compel [Doc. 97-1, filed August 9, 2005] is DENIED.

Dated at Denver this day of September 8, 2005

BY THE COURT:

s/ O. Edward Schlatter

_____

O. Edward Schlatter
U.S. Magistrate Judge