IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01632-MSK-PAC

WILLIAM MOWER,,

    Plaintiff,

v.

CENTURY I CHEVROLET, INC., a Colorado corporation,
FOWLER HOLDING COMPANY, INC., a foreign corporation, d/b/a Fowler Auto Group, and
MICHAEL S. FOWLER, individually,

    Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 31st day of October, 2005

                                                    BY THE COURT:

                                                  Marcia S. Krieger, Judge
                                                  United States District Court

APPROVED AS TO FORM:

_____            _____
Attorney for Plaintiff                                      Attorney for Defendant