IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-01632-MSK-MEH

WILLIAM MOWER,

      Plaintiff,

v.

CENTURY I CHEVROLET, INC., a Colorado corporation,
FOWLER HOLDING COMPANY, INC., a foreign corporation, d/b/a Fowler Auto Group, and
MICHAEL S. FOWLER, individually,

      Defendants.

---

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY JUDGMENT

---

**THIS MATTER** comes before the Court pursuant to the Defendants' Unopposed Motion to Amend Judgment (**# 167**). There being no opposition, the motion is **GRANTED**. The Judgment (**# 165**) is **DEEMED AMENDED** *nunc pro tunc* to omit the reference to Michael S. Fowler in the first paragraph only.

Dated this 18th day of August, 2006

            **BY THE COURT:**

            *Marcia S. Krieger*

            —————————————————

            Marcia S. Krieger
            United States District Judge